MOWER, CARREON & DESAI, LLP
JON R. MOWER, ESQ. (SBN 72034)
JAMES A. BURTON, ESQ. (SBN 149253)
8001 Irvine Center Drive, Suite 1450
Irvine, CA 92618
Telephone: (949) 474-3004
Facsimile: (949) 474-9001
mower@mocalaw.com
burton@mocalaw.com

Attorneys for Representative Plaintiffs and Class Members

Priority
✓ Send
Clsd
Enter
JS-5/JS-6
JS-2/JS-3

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 28 2006
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

LODGED
MAR 27 2006 1:07
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

SAMUEL RODRIGUEZ, PAUL VILLARREAL, RICHARD GARCIA, ANN QUACH, and MELANIE HOTZ individually and on behalf of all other persons similarly situated and on behalf of the general public,

Plaintiffs,

vs.

HOMEFIELD FINANCIAL, INC., PACIFIC COAST FUNDING, INC., and DOES 1 through 10, inclusive,

Defendants.

CASE NO. SACV 05-886-DOC (RNBx)

Hon. David O. Carter
Dept. 9D

**JOINT STIPULATION RE FILING OF SECOND AMENDED COMPLAINT AND [~~PROPOSED~~] ORDER**

Plaintiffs Samuel Rodriguez, Paul Villarreal, Richard Garcia, Ann Quach and Melanie Hotz, individually and on behalf of all other persons similarly situated and on behalf of the general public ("Plaintiffs") and Defendants Homefield Financial, Inc., and Pacific Coast Funding, Inc., ("Defendants") by and through their

DOCKETED ON CM
MAR 29 2006
BY 082

26

respective attorneys of record, hereby stipulate to the filing by Plaintiffs of the Second Amended Complaint accompanying this Stipulation and [Proposed] Order.

Date: March 27, 2006

MOWER, CARREON & DESAI, LLP

By ______________________

Jon R. Mower, Esq.
James A. Burton, Esq.
Attorneys for Representative Plaintiffs and Class Members

Date: March 24, 2006

ATKINSON, ANDERSON, LOYA, RUUD & ROMO, PC

By ______________________

Paul S. Fleck, Esq.
Paul G. Szumiak, Esq.
Attorneys for Defendants, Homefield Financial, Inc., and Pacific Coast Funding, Inc.

# ORDER

**IT IS SO ORDERED.** Plaintiffs are hereby granted leave to file a Second Amended Complaint.

Dated: March 28, 2006

David O. Carter

Honorable David O. Carter
United States District Court Judge