P-Send/JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES CLOSING

Case No. SACV05-886 DOC(RNBx) Date February 16, 2007

Title JOHN HUIZAR, ET. AL., -V- HOMEFIELD FINANCIAL INC., ET. AL.,

Present DAVID O. CARTER, Judge

| Kristee Hopkins | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys for Plaintiff: Not present

Attorneys for Defendant: Not present

Proceedings: ☐ In Court X In Chambers ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

X Case should have been closed on entry dated August 14, 2006 (Order Granting Final Approval of Class Action Settlement).

☐ Case settled but may be reopened if settlement is not consummated within ____ days. Make JS-6.

☐ Other ______

☐ Entered ______.

DOCKETED ON CM
FEB 16 2007
BY ___ 178

Initials by Deputy Clerk kh

50